HARRY SICES, Respondent, *v.* SAMUEL UNGERLEIDER and Others, Appellants.

Supreme Court, Appellate Term First Department, December 29, 1931.

*Woodruff & Grill* [*A. M. Grill* of counsel], for the appellants.

*Leopold Bleich* [*Philip Robbins* of counsel], for the respondent.

PER CURIAM. The very expression " when, as and if issued " indicates the possibility that a principal transaction might never be consummated. But notwithstanding such eventuality, the broker having performed the services is entitled to commission.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, LYDON, LEVY and FRANKENTHALER, JJ.